IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

STANLEY POPHAL,
BRIGHT WITH SILVER, INC. FORMERLY
DOING BUSINESS AS FROMM BROS,
INC.,
BRIGHT SILVER LLC,
ANGIE'S TRANQUIL SETTING LLC,
ANGELA POPHAL LLC.

Case No.: 25-cv-467

Defendants.

ORDER FOR A PRELIMINARY INJUNCTION

The terms of the foregoing stipulation are hereby approved, and it is ordered as follows:

1. Defendants have not made any factual admissions by entering into the foregoing stipulation.

2. Pursuant to 18 U.S.C. § 1345 (a)(2)(A), Defendants are restrained and enjoined pursuant to the following terms:

> (A) Engaging in any activities related to the alleged ongoing scheme, including but not limited to:
>
> > (i) Defendants are enjoined from soliciting, using, or obtaining any money through false or fraudulent representations;

5

  (ii) Defendants are enjoined from alienating or dissipating any assets deposited or held on behalf of any of the Defendants by any financial institution, trust fund, brokerage agency or other financial agency, public or private, that are from proceeds from Defendants' violations of 18 U.S.C. § 1343, and 18 U.S.C. § 1957, as a result of the alleged fraudulent scheme;

(B) Defendants are enjoined from alienating or dissipating in any manner, any assets real or personal obtained as a result of Defendants' alleged fraudulent conduct;

(C) Defendants shall preserve all business, financial, and accounting records, including bank records that detail Defendants' business operations and/or services;

(D) Defendants shall pay restitution to the registry of the Clerk of Court for any and all ill-gotten gains attributable to violations of 18 U.S.C. § 1343, and 18 U.S.C. § 1957.

3. Pursuant to 18 U.S.C. § 1345(b), Defendants shall be restrained and enjoined from dissipating in any manner, any assets real or personal assets even if the assets were accrued, earned, or acquired through legitimate means up to $15,888,560, with the following exceptions:

  (A) Defendants may spend no more than $500 per transaction without leave from the United States to pay necessary living expenses up to

a maximum of $3000 per month. However, these expenditures cannot be cash withdrawals and must be paid with a check, credit card, or debit card so that each expenditure can be traced by the United States. If the Defendants have a necessary living expenses /wmc greater than $500, Defendants' attorney will disclose the expense and get prior permission from the United States before payment;

(B)  Defendants may pay their attorneys with any assets that were not accrued, earned, or acquired, or attributable to their violations of 18 U.S.C. § 1343, and 18 U.S.C. § 1957, and/or assets from the victims of those violations.

Entered this 6th day of June, 2025.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

7